**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | T.J. McDermott Transportation Co., Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-2838687 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **411 Commerce Lane** <br> **Berlin, NJ 08009** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Camden** <br> County | **Location of principal assets, if different from principal place of business** <br> **75-89 3rd Avenue Kearny, NJ 07032** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:   _____

Debtor    **T.J. McDermott Transportation Co., Inc.**                                    Case number (*if known*) _____
          Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **T.J. McDermott Transportation Co., Inc.**
_____ Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

10/05/22 8:42PM

Debtor    **T.J. McDermott Transportation Co., Inc.**
Name                                                                Case number (*if known*)

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **T.J. McDermott Transportation Co., Inc.**                    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2022**
MM / DD / YYYY

**X** **/s/ Leeanna Roman Lozada**                    **Leeanna Roman Lozada**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ E. Richard Dressel**                    Date    **October  5, 2022**
Signature of attorney for debtor                MM / DD / YYYY

**E. Richard Dressel**
Printed name

**Lex Nova Law, LLC**
Firm name

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
Number, Street, City, State & ZIP Code

Contact phone    **856.382.8211**        Email address    **rdressel@lexnovalaw.com**

**ED1793 NJ**
Bar number and State

**United States Bankruptcy Court**
**District of New Jersey**

In re   **T.J. McDermott Transportation Co., Inc.**         Case No. _____
                               Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  5, 2022** _____         **/s/ Leeanna Roman Lozada** _____
                                             **Leeanna Roman Lozada**/**President**
                                             Signer/Title

4SafeDrivers
6633 Main Street
Buffalo, NY 14221


7 Star Equipment LLC
 15014 Old Richmond Rd
Sugar Land, TX 77498


A & J Truck and Trailer Parts
7760 Allentown Blvd
Harrisburg, PA 17112


A&J Truck and Trailer Parts
 33 Roosevelt Ave
Belleville, NJ 07109


A.J. Jersey Inc.
125 St. Nicholas Avenue
P.O. Box 587
South Plainfield, NJ 07080-0587


A22 Inc.
 7667 W. 95th St Suite 4W
Hickory Hills, IL 60457


AC Motors Express
339-C Bliss Street, W.
West Springfield, MA 01089


Ace Walco Pest Control
138 E. Edgar Rd.
P.O. Box 4130
Linden, NJ 07036


ACE Walco Pest Control
138 E. Edgar Road
P.O. Box 4130
Linden, NJ 07036


ADP - SBS, c/o
Don A. Leviton, Esquire
The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725 NW
Itasca, IL 60143

Ahmed Amro
93 Fairview Avenue
Jersey City, NJ 07304


Alex Fournier
556 Page Avenue
Lyndhurst, NJ 07071


AllAmerican Agents of Process
PO BOX 1065
Sioux Falls, SD 57101-1650


Alliance One  Receivables Mgmt., Inc.
PO Box 3100
Southeastern, PA 19398


Ancar Transportation
19 Spencer Street
Elizabeth, NJ 07202


Any Destination Transport, LLC
12415 SW 207 Terrance
Miami, FL 33177


Apex Capital Corp
P.O. Box 961029
Fort Worth, TX 76161-1029


APM Express, LLC
508 Dove Park Rd.
Columbia, SC 29223


Appiah Young
27 Harris Street
Haledon, NJ 07508


ARC Business Solutions
 1954 Airport Road
Atlanta, GA 30341


Arther R Mustardo& Sons Inc.
152 Garfield Avenue
Kearny, NJ 07032

Austin T. Griffith, Esquire
Ford Murray, PLCC
10001 Reunion Place, Suite 640
San Antonio, TX 78216


Batth Trucking Inc.
2155 Alum Creek Drive Suite 102
Columbus, OH 43207


BAZ TRANS INC
 3318 LADINO CT
Woodbridge, VA 22193


Berkshire Bank
P.O. Box 1308
Pittsfield, MA 01202


Berkshire Bank
24 North Street
Pittsfield, MA 01202


Berkshire Bank
1787 Sentry Parkway West
Buliding 16, Suite 200
Blue Bell, PA 19422


Best Refrigeration
 21 Seifert St.
Garfield, NJ 07026


Blue Beacon International, Inc.
P.O. Box 856
Salina, KS 67402-0856


Cali Carting
P.O. Box 440
Kearny, NJ 07032


Cambria Companies
116 Talmdge Road
Edison, NJ 08817


CARGO RUNNER CO.
 131 Tower Dr.
Willowbrook, IL 60527

Carrier Transicold of NJ
PO Box 829798
Philadelphia, PA 19182


Carrier Transicold of Pennsylvania
PO Box 517830
Philadelphia, PA 19175


CCRMA Toll Processing Service
3461 Carmen Avenue
Rancho Viejo, TX 78575


CCS
Payment Processing Center
P.O. Box 55126
Boston, MA 02205-5126


CD Consortium Corporation
8930 Waukegan Rd., Suite 230
Morton Grove, IL 60053


Central TX Mobility Authority, c/o
Penn Credit Corp.
2800 Commerce Drive
Harrisburg, PA 17110


Chase
Cardmember Services
P.O. Box 19850-5123
Wilmington, DE 19805-1230


Chase Credit Card
11 Kearney Avenue
Kearny, NJ 07032


Chase for Business
Correspondence Team
PO box 15298
Wilmington, DE 19850


Cheetah Road Lines LLC
1210 Route 130 North Apt# 307
Burlington, NJ 08016-1000

Comm. of Massachusetts
EZDriveMA Payment Processing Center
P.O. Box 847840
Boston, MA 02284-7800


County Line Express, LLC
P.O. Box 221603
Denver, CO 80222


Custom Bandag, Inc.
401 E. Linden Avenue
Linden, NJ 07036


Darren A. Staton
27-01 Urban Place
Fair Lawn, NJ 07410


DAT Solutions LLC
P.O. Box 783801
Philadelphia, PA 19178


Delaware Bridge Tolls
1199 Woodside Road
Morrisville, PA 19067


DelDOT, c/o
Linebarger Goffan, et al.
4 Penn Center, Suite 910
1600 JFK  Blvd.
Philadelphia, PA 19103


Department of the Treasury
 Internal Revenue Service Center
PO Box 931000
Louisville, KY 40293-1000


Dept. of the Treasure
Internal Revenue Service
Cincinnati, OH 45999-0038


Descartes Systems Group
6050 Oak Tree Blvd.
Independence, OH 44131

Descartes Systems Group
2030 Powers Ferry Rd # 350
Atlanta, GA 30339


DNS Service Inc.
4400 NE 77th Avenue Suite 275
Vancouver, WA 98662-6857


E-Z Pass New York /
MTA Bridges and Tunnels


Eagle Trucking Service
2801 New Combes Hwy
Harlingen, TX 78550


Effective Alarm System
38 Johnston Avenue
Kearny, NJ 07032


EFS
P.O. Box 630038
Cincinnati, OH 45263


EFS
1104 Country Hills Drive
Suite 700
Ogden, UT 84403


Emroy Express, LLC
4823 S. Jackson Rd., Suite D
Edinburg, TX 78539


Euro Kam LTD
 1300 JEFFERSON STREET
Des Plaines, IL 60016


EZ Pass New York Customer Service Center
MTA B&T Vehicle Exclusion Program
P.O. box 149001
Staten Island, NY 10314-9001


EZ Pass NJ
375 McCarter Highway
Attn: Najah Dupree
Newark, NY 07114

Face Value RE Holdings, LLC
140 Williams Avenue
Hasbrouck Heights, NJ 07604


FDOT
PO BOX 31241
Tampa, FL 33631-3241


FLAT RATE FUNDING GROUP
 38979 CHERRY HILL RD
Westland, MI 48186


FleetPride
P.O. Box 847118
Dallas, TX 75284-7118


Fleetway Capital Corp.
100 Ross Road, #203
King of Prussia, PA 19406


Frank's Truck Center, Inc.
325 Orient Way
P.O. Box 503
Lyndhurst, NJ 07071


GLG II Ltd d/b/a Griffith Transportation
6800 N. Expressway 281
Edinburg, TX 78542


GMG Transwest Corp.
65 Orville Dr.
Bohemia, NY 11716


Gustavo Ronquillo
435 West End Avenue
Elizabeth, NJ 07202


Harris County Toll Road Authority
HCTRA - Violations
PO Box 4440
Dept. 8
Houston, TX 77210-4440

HCTRA Violations
Dept. 8
PO Box 4440
Houston, TX 77210


Horizon
P.O. Box 10130
Newark, NJ 07101


HVAC Services LLC
183 Garfield Ave
Kearny, NJ 07032


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Fluids
3000 East Ontario St.
Philadelphia, PA 19134


Jacqueline A. Van Laningham, Esquire
Abel Bean Law, P.A.
100 N. Laura Street, Ste. 501
Jacksonville, FL 32202


Jaome Transport LLC
PO Box 451631
Kissimmee, FL 34745


Jersey Boyz Transportation
PO Box 205
Green Village, NJ 07935


JMA Transport
Unit 12a Lyon Rd. Industrial - Estate
Kearsley Bolton BL4 8HS United Kingdom


JMA Transport
89 W. Warren Street
Iselin, NJ 08830


Jose L. Montero
415 Route 73 N.
West Berlin, NJ 08091

Jose N. Gaitan Corea
87 3rd Avenue
North Bergen, NJ 07047


K.W. Rastall Oil
2600 US - 130
North Brunswick, NJ 08902


K.W. Rastall Oil Co.
2600 US-130
North Brunswick, NJ 08902


Katrina Rodimer
209 Hickory Street
Kearny, NJ 07032


KavKaz Express LLC
6825 Tennessee Avenue, Suite 545
Denver, CO 80224


KavKaz Express, LLC
411 Hackensack Avenue, Suite 501
Hackensack, NJ 07601


Kearny Water Department
P.O. Box 40108
Newark, NJ 07101-4001


KG Line Inc
 CD Consortium Corporation
8930 Waukegan Road, Suite 230
Morton Grove, IL 60053


Klein Automotive Parts, Inc.
1301 W. Elizabeth Avenue
Linden, NJ


Korber Supply Chain US, Inc.
6455 City West Parkway
Eden Prairie, MN 55344


KULUBOZUMO LOGISTICS
 2331 Ciji Circle
Snellville, GA 30039

Kway Transportation LLC
220 Hickory Station Circle
Snellville, GA 30078


Lakeville Trucking, Inc.
100 Mushroom Blvd
Rochester, NY 14623


Landstar Ranger
950 Calcon Hook Rd.
Sharon Hill, PA 19079


Leeanna Roman Lozada
3 Hopewell Avenue
Lumberton, NJ 08048


LGBS - DELDOT
P.O. Box 702118
San Antonio, TX 78270-2118


Linbarger, Goggan, et al.
4 Penn Center, Suite 910
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103


Luis Armando Garcia, Jr.
41 Prospect Street
Nutley, NJ 07110


Maintainco
65 Leuning Street
South Hackensack, NJ 07606


Maryland Service Center
P.O. Box 297
Kearny, NJ 07032-0297


Maryland Transportation Authority
P.O. Box 165175
Fort Worth, TX 76161-5178


Maryland Transportation Authority
P.O. Box 17600
Baltimore, MD 21297-7600

Maryland Transportation Authority
PO Box 12853
Philadelphia, PA 19176-0853


Miller Auto Leasing, d/b/a
  Miller Truck Leasing Co.
1824 Route 38
Lumberton, NJ 08048


Miller Leasing
1824 Route 38
Lumberton, NJ 08048


MKT FREIGHT LLC
 5301 Gertrude Street
Pittsburgh, PA 15207


Mode Transportation, LLC
160 New Britain Blvd
Chalfont, PA 18914


Moran Automotive & Towing
34 Arlington Avenue
Kearny, NJ 07032


MRA Bridgges and Tunnels
Transworld Systems, Inc.
1105 Schrock Road, Suite 300
Columbus, OH 43229


MTA Bridges and Tunnels
PO Box 15618
Wilmington, DE 19850-5618


Mustic Logistics
1810 SATELLITE BLVD-STE 200
Buford, GA 30518


New Jersey Manufacturers Insurance Co.
P.O. Box 1228
West Trenton, NJ 08628-0227


New Jersey Turnpike Authority
1 Turnpike Plaza
Woodbridge, NJ 07095

New York State Thruway Authority, c/o
Professional Account Management, LLC
PO Box 332
Milwaukee, WI 53201-0332


NJ EZ Pass, c/o
Credit Collection Services
725 Canton Street
Norwood, MA 02062


NJ Tires Supply
 541-B Spring Street
Elizabeth, NJ 07201


NMS Management Services, Inc.
2901 South Congress Avenue
Palm Springs, FL 33461


North Jersey Truck Center, Inc.
236 Rt 46E
P.O. Box 528
Saddle Brook, NJ 07663


North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244


NY Customer Service Center  - MTA/B&T
Vehicle Exclusion Center
PO Box 149001
Staten Island, NY 10314-9001


NYSR Trucking, LLC
2505 Palisade Avenue, Unit 1
Union City, NJ 07087


Occupational Health Centers - Concentra
PO BOX 8750
Elkridge, MD 21075


Oklahoma Turnpike Authority
OTA/Enforcement Branch
PO Box 11255
Oklahoma City, OK 73136-0255

PA Turnpike
PO Box 645631
Pittsburgh, PA 15264


PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254


PAM
PO Box 332
Milwaukee, WI 53201-0332


PAM, LLC
P.O. Box 500
Horseheads, NY 14845-0500


PAM-NYSTV
P.O. Box 332
Milwaukee, WI 53201-0332


Pamela Simmons, Esquire
Abel Bean Law, P.A.
4500 Salisbury Road, Suite 305
Jacksonville, FL 32216


Pinckney Trucking, LLC
119 Arbor Creek Trail
Dallas, GA 30157


PNC Bank
583 Kearny Avenue
Kearny, NJ 07032


Providence Pediatric Med. Day Care, Inc.
411 Commerce Lane
West Berlin, NJ 08091


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906


Quickbooks
2800 E. Commerce Center Place
Tucson, AZ 85706

Quill LLC
 P.O Box 37600
Philadelphia, PA 19101


Quill, LLC
P.O. Box 37600
Philadelphia, PA 19101


Ray's Truck Rental LLC
601 Spring Street
Elizabeth, NJ 07201


Real Stars Trucking LLC
439 Westwood SC# 127
Fayetteville, NC 28314


Refrig-It, Inc.
80 Campus Dr.
Kearny, NJ 07032


Reliable Tranz LLC
762 Valley St. Maplewood NJ
Maplewood, NJ 07040


Renzo Quintana
61 Marsellus Place
Garfield, NJ 07026


Rhode Island Department of Transportatio
 PO Box 576
Jamestown, RI 02835


Ride Tire Distribution LLC
 541-B Spring Street
Elizabeth, NJ 07201


Rj Tristate Transport Services, LLC
61 Marsellus Place
Garfield, NJ 07026


RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373

RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182


Robert L. Saldutti, Esquire
Saldutti Law Group
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034


RTS Financial Service, Inc.
P.O. Box 840267
Dallas, TX 75284-0267


Ruperto Benitez, Jr.
501 Bergen Avenue
Apt. 1B
Jersey City, NJ 07304


Ryan P. Mulvaney, Esquire
Stevens & Lee P.C.
669 River Drive
Suite 201
Elmwood Park, NJ 07407


Ryder
11690 NW 105th Street
Miami, FL 33178


Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693


SAMANTHA LOGISTICS
3060 SPOTTED OWL DR
Keller, TX 76244


Santana Truck Repair Corp.
850 Frelinghuysen Avenue, Unit D
Newark, NJ 07114


Santos Pereira
7515 2nd Avenue
North Bergen, NJ 07047

Saul Rosas
1109 43rd Street, Apt. 2
North Bergen, NJ 07047-2711


Sentry Insurance
P.O. Box 8026
Stevens Point, WI 54481


Shawnee Trucking
50 Somerset PL
Clifton, NJ 07012


Silk Way Cargo Inc
9321 S Genoa Ave
Chicago, IL 60620


Small Business Administration
409 3rd Street SW
Washington, DC 20416


Small Business Administration
430 3rd Street SW, Suite 8200
Washington, DC 20416


Smolin, Lupin & Co., LLC
165 Passaic Avenue
Fairfield, NJ 07004


State of  New Jersey
Department of Labor and Workforce Dev.
Division of Employer Accounts
PO Box 929
Trenton, NJ 08646-0929


State of Delaware
Delaware Dept. of Transportation
Delaware E-Z Pass Payment Center
PO Box 697
Dover, DE 19903-0697


State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 643
Trenton, NJ 08646-0643

Sultan Transportation
 2272 S Delaware Dr
Mount Prospect, IL 60056


Sunteck Transport Co., Inc.
4500 Salisbury Rd., Suite 305
Jacksonville, FL 32216


Sunteck Transport Co., Inc.
4500 Salisbury Road, Suite 305
Jacksonville, FL 32216


T.J. McDermott Brokerage
75-89 3rd Avenue
Kearny, NJ 07032


T.J. McDermott Brokerage Co.
75-89 3rd Avenue
Kearny, NJ 07032


The Copu Shop
255 Park Avenue
Nutley, NJ 07110


The Copy Shop
255 Park Avenue
Nutley, NJ 07110


Thomas B. O'Donnell, Esquire
Saldutti Law Group
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034


Thomas J. McDermott, Sr.
P.O. Box 357
New Vernon, NJ 07976


Thomas McDermott, Jr.
22 South Midland Avenue
Unit H
Kearny, NJ 07032


Thomas McDermott, Jr.
22 South Midland Avenue, Unit H.
Kearny, NJ 07032

Thomas McDermott, Sr.
3101 S. Ocean Blvd., #810
Highland Beach, FL 33487

Thomas McDermott, Sr.
3101 South Ocean Blvd., #810
Highland Beach, FL 33487

Thomas McDermott, Sr.
P.O. Box 357
New Vernon, NJ 07976

Thomas McDermott, Sr.
3202 South Ocean Blvd., # 810
Highland Beach, FL 33487

TJ McDermott Brokerage
75-89 3rd Avenue
Kearny, NJ 07032

TJ McDermott Brokerage
75-89 3ed Avenue
Kearny, NJ 07032

TJ McDermott Brokerage
75 - 89 3rd Avenue
Kearny, NJ 07032

TJ McDermott Brokerage
75 - 89  3rd Avenue
Kearny, NJ 07032

TJ McDermott Brokerage Co.
75-89 3rd Avenue
Kearny, NJ 07032

TMobile
PO Box 742596
Cincinnati, OH 45274

Tolls by Mail
Tolls by Mail Payment Processing Center
P.O. Box 15183
Albany, NY 12212

Toshiba Financial Services
 PO Box 070241
Philadelphia, PA 19176


Toshiba Financial Services


Town of Kearny
Tax Collectors Office
402 Kearny Avenue
Kearny, NJ 07032-2604


Toyota Industries Commercial Finance Inc
P.O. Box 660926
Dallas, TX 75266-0926


Toyota Industries Commercial Finance Inc
P.O. Box 9050
Coppell, TX 75019-9050


Toyota Industries Commercial Finance Inc
P.O. Box 9050
Coppell, TX 75019


TPS/CCRMA
3461 Carmen Avenue
Rancho Viejo, TX 78575


Triple T Transport, Inc.
 P.O Box 649
Lewis Center, OH 43035


Triple Transport, Inc.
P.O. Box 649
Lewis Center, OH 43035


TruckStop System
P.O.Box 99
New Plymouth, ID 83655


TST - Truck and Tire Service
P.O. Box 123
Kearny, NJ 07032

US Logistics Inc
 26411 NE 52nd Way
Vancouver, WA 98682


V & J Carriers LLC
4003 N Closner Blvd.
Edinburg, TX 78541


Value Industry
P.O. Box 212
Hasbrouck Heights, NJ 07604


Value Industry
349 Avenue W
Brooklyn, NY 11223


Verizon
P.O.Box 4833
Trenton, NJ 08650-4833


Verizon Wireless
P.O.Box 489
Newark, NJ 07101-0408


Violations Processing Center NY
P.O. Box 15186
Albany, NY 12212-5186


Vodik Transport Inc
 201 Colony Ct
Vernon Hills, IL 60061


Walter W. Lozada Portero
415 Route 73 N.
Apt. 216
West Berlin, NJ 08091


Walter W. Lozado
415 Route 73 N.
Apt. 216
West Berlin, NJ 08091

Wells Fargo Vendor Fin. Services LL
5000 Riverside Drive
Suite 300 East
Irving, TX 75039-4314


XtraRent, LLC
63 Wood Street
Garfield, NJ 07026

# United States Bankruptcy Court
### District of New Jersey

In re    **T.J. McDermott Transportation Co., Inc.**        Case No. _____

                                      Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **T.J. McDermott Transportation Co., Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  5, 2022**
_____
Date

/s/ E. Richard Dressel
_____
**E. Richard Dressel**
Signature of Attorney or Litigant
Counsel for    **T.J. McDermott Transportation Co., Inc.**
**Lex Nova Law, LLC**
**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
**856.382.8211 Fax:856.406.7398**
**rdressel@lexnovalaw.com**