UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER REGARDING APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: October 10, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _____ in Courtroom # no. _____ located at _____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases. | |
| 2. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | |
| 3. Motion for an Order Authorizing the Emergency Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim Hearing for Financing Pursuant to Bankruptcy Code § 363 and 364 and Fed. R. Bankr. P. 4001. | |
| 4. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | |
| 5. Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-in-Interest a 60-Day Period to Object to Said Order Before it Becomes a Final Order. | |
| 6. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses up to the Limits Set Forth in Bankruptcy Code § 507(a). | |
| 7. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Sales, Use, Payroll and Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507. | |
| 8. Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities. | |
| 9. Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc. | |

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies. | |
| 11. Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor. | |
| 12. Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance. | |
| 13. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | |
| 14. Motion for an Order Establishing Noticing Procedures. | |
| 15. Others: | |
| | |
| | |
| | |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and Phone and overnight(or email w consent) notice on secured creditors and top 20 unsecured must be done.

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.1/12/22*