UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 East Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for T.J. McDermott Transportation Co., Inc.,
  Debtor in Possession

In Re:

T.J. McDermott Transportation Co., Inc.

           Debtor.

Case No.:    22-17912 (JNP)

Chapter:     11

Judge:       Jerrold N. Poslusny, Jr.

## CERTIFICATION OF SERVICE

1.  I, Angela DiDonato:

    am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE who represents the DEBTOR, in the above captioned matter.

2.  On December 10, 2022, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a.  Debtor's Motion to Voluntarily Convert Chapter 11 Case to Chapter 7 Case;  and

    b.  Proposed form of Order Granting Debtor's Voluntary Motion to Convert Chapter 11 Case to Chapter 7 Case.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date:  December 10, 2022                    */s/ Angela DiDonato*_____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Berkshire Bank<br>1787 Sentry Parkway West<br>Building 16, Suite 200<br>Blue Bell, PA 19422-2239 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule.  Cite the Rule of applicable.) |
| Rebecca McDowell, Esquire<br>Saldutti Law Group<br>1040 North Kings Highway<br>Suite 100<br>Chery Hill, NJ 08034-1925<br><br>Michael Hagner, Esquire<br>Saldutti Law Group<br>1040 North Kings Highway<br>Suite 100<br>Chery Hill, NJ 08034-1925 | Counsel for Berkshire Bank<br><br><br><br><br>Counsel for Berkshire Bank | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Other ___ecf___<br><br>(As authorized by the Court or by Rule.  Cite the Rule of applicable.) |
| Holly Smith Miller, Esquire<br>Gellert, Scali, et al.<br>Penn Center, Suite 1901<br>Phila., PA  19103<br><br>Ryan P. Mulvaney, Esquire<br>STEVENS & LEE, P.C.<br>669 River Drive, Suite 201<br>Elmwood Park, NJ 07407 | Sub Chapter V Trustee<br><br><br><br><br>Counsel for Thomas McDermott, Sr. | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Other ___ecf___<br><br>(As authorized by the Court or by Rule.  Cite the Rule of applicable.) |
| Miller Auto Leasing, d/b/a<br>Miller Truck Leasing Co.<br>1824 Route 38<br>Lumberton, NJ 08048-4255 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule.  Cite the Rule of applicable.) |

| | | |
|---|---|---|
| Silk Way Cargo, Inc.<br>9321 S. Genoa Avenue<br>Chicago, IL 60620 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| State of New Jersey<br>Division of Taxation<br>Revenue Processing Center<br>PO Box 643<br>Trenton, NJ 08646-0643 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Thomas McDermott, Jr.<br>22 South Midland Avenue, Unit H<br>Kearny, NJ 07032<br><br>Thomas McDermott, Sr.<br>3202 South Ocean Blvd., #80<br>Highland Beach, FL 33487 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Leanna Roman Lozada<br>3 Hopewell Avenue<br>Lumberton, NJ 08048-9576<br><br>Alex Fournier<br>3 Hopewell Avenue<br>Lumberton, NJ 08048-9576 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Other     email<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Toyota Industries Commercial Finance, Inc.<br>PO Box 9050<br>Coppel, TX 75019-9050 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| | | ☐ Hand Delivery<br>☒ Regular Mail |

| Name/Address | | Method |
|---|---|---|
| Wells Fargo Vendor Financial Services, LLC<br>5000 Riverside Drive, Suite 300 East<br>Irving, TX 75039-4314 | | ☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Thomas McDermott, Sr.<br>PO Box 357<br>New Vernon, NJ 07976-0357 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Town of Kearny<br>Tax Collectors Office<br>402 Kearny Avenue<br>Kearny, NJ 07032-2604 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Kevin Callahan, DOJ-UST<br>Robert Nix Federal Bldg., Ste. 320<br>900 Market Street<br>Philadelphia, PA  19107 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Other ___ecf___<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| U.S. Trustee<br>US Dept. of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Other ___ecf___<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Toyota Industries Commercial Finance, Inc.<br>PO Box 660926<br>Dallas, TX 75266-0926 | | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____ |

| | | |
|---|---|---|
| Joshua B. Ladov, Esquire<br>Jefferson Center, Suite 2820<br>1101 Market Street<br>Philadelphia, PA 19107-2993 | Counsel for<br>Fleetway Capital Corp. | Regular Mail and ecf |
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>U.S. Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102 | Counsel for EIDL | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other ____ecf____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Alexis R. Gambale, Esquire<br>Stevens & Lee<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Counsel for Thomas J. McDermott, Sr. | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |
| Constantine Pourakis, Esquire<br>Stevens & Lee<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Alexis R. Gambale, Esquire<br>Princeton Pike Corp. Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Counsel for Thomas J. McDermott, Sr.<br><br><br>Counsel for Thomas J. McDermott, Sr. | ☐ Hand Delivery<br>☒ Regular Mail<br>☐ Certified Mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by Rule. Cite the Rule of applicable.) |