UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

T.J. MCDERMOTT TRANSPORTATION
CO, INC.

Case No.: _____22-17912_____

Chapter: _____7_____

Judge: _____Hon. JNP, Jr._____

### NOTICE OF PROPOSED ABANDONMENT

_____Maureen P. Steady_____, __Ch. 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>U.S. Post Office and Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on ____March 21, 2023____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | All machinery, equipment, and vehicles listed in the Debtor's Schedule A/B, including trailers, trucks, forklifts, electric pallet jack, air compressor, toolbox drawer set, 3 bulkheads, 2 ramps and storage containers, furniture, fixtures; excluding cash, deposit accounts, pre-paid deposits, avoidance actions. |

| Liens on property: | As reflected in the Debtor's Schedule D :<br>Berkshire Bank<br>Thomas McDermott, Sr.<br>Toyota Industries Commercial Finance<br>U. S. SBA<br>Wells Fargo |

| Amount of equity claimed as exempt: | N/A |

Objections must be served on, and requests for additional information directed to:

Name: _____Maureen P. Steady, Esquire_____

Address: __2 Kings Highway West, Suite 102, Haddonfield, NJ 08033__

Telephone No.: __(856) 428-1060__

*rev.8/1/15*