Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  22–17912–JNP
           Chapter:  7
           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   T.J. McDermott Transportation Co., Inc.
   411 Commerce Lane
   Berlin, NJ 08009

Social Security No.:

Employer's Tax I.D. No.:
   22–2838687

## CERTIFICATION OF NO OBJECTION

     I _Elizabeth Grassia_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

All machinery, equipment, and vehicles listed in the Debtor's Schedule A/B, including trailers, trucks, forklifts, electric pallet jack, air compressor, toolbox drawer set, 3 bulkheads, 2 ramps and storage containers, furniture, fixtures; excluding cash, deposit accounts, pre–paid deposits, avoidance actions.

Dated: March 16, 2023
JAN: eag

                                                      Jeanne Naughton
                                                      Clerk