| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> Jeffrey Kurtzman, Esquire (JK-7689) <br> **KURTZMAN | STEADY, LLC** <br> 2 Kings Highway West, Suite 102 <br> Haddonfield, NJ  08033 <br> kurtzman@kurtzmansteady.com <br> Telephone: (856) 428-1060 <br><br> Attorneys for Maureen P. Steady, as Chapter 7 Trustee |
| In re: <br><br> T.J. MCDERMOTT TRANSPORTATION CO., INC., <br><br>                       Debtor. |

Order Filed on March 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-17912 (JNP)

Chapter 7

Hon. Jerrold N. Poslusny, Jr.

**ORDER APPROVING STIPULATION GRANTING STAY RELIEF PURSUANT TO 11 U.S.C.§362(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 21, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**T.J. McDermott Transportation Co., Inc.**

**Case No. 22-17912 (JNP) (Chapter 7)**

**Page 2**

**THIS MATTER** having come before this Court on the motion of Maureen P. Steady (the "Trustee"), as Chapter 7 trustee, for approval of a stipulation (the "Stipulation") between the Trustee and Sentry Select Insurance Company ("Sentry") granting relief from the automatic, and good cause appearing for the approval of the Stipulation and for the relief requested in the Motion, it is hereby

**ORDERED**, that the Motion is granted and the Stipulation is approved pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001(d);

**AND IT IS FURTHER ORDERED**, that Sentry is authorized to exercise its right of offset against the Deposit (as defined in the Motion) to the extent of $21,481.63 and directed to remit to the Trustee the balance of the Deposit in the amount of $18,679.37;

**AND IT IS FURTHER ORDERED,** that this Court shall retain jurisdiction to implement and enforce the terms of the settlement to the extent necessary.