| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN | STEADY, LLC**<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ  08033<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Maureen P. Steady, as Chapter 7 Trustee |
| In re:<br><br>T.J. MCDERMOTT TRANSPORTATION CO., INC.,<br><br>　　　　　　Debtor. |
| MAUREEN P. STEADY, AS CHAPTER 7 TRUSTEE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PRIME INSURANCE COMPANY, et al.<br><br>　　　　　　Defendants. |

Case No. 22-17912 (JNP)

Chapter 7

Hon. Jerrold N. Poslusny, Jr.

Adv. Pro. No. 23-1054 (JNP)

**NOTICE OF MOTION OF MAUREEN P. STEADY, AS CHAPTER 7 TRUSTEE, FOR AN ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)**

PLEASE TAKE NOTICE that on June 13, 2023 at 11:00 a.m., or as soon thereafter as counsel may be heard, Maureen P. Steady, as Chapter 7 trustee (the "Trustee") of the above-captioned debtor, by and through her undersigned counsel, will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, NJ 08101, for the entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019(a) approving the settlement of the Trustee's adversary proceeding against Prime Insurance Company.

PLEASE TAKE FURTHER NOTICE that in support of the Trustee's motion, the undersigned shall rely upon the certification submitted herewith pursuant to D.N.J. LBR 9013-l(a).

PLEASE TAKE FURTHER NOTICE that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersey 08101, and served upon the Trustee's undersigned counsel at 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033, no later than seven (7) days prior to the return date.

PLEASE TAKE FURTHER NOTICE that unless an objection is timely filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

Dated: May 11, 2023                            **KURTZMAN | STEADY, LLC**

                                            By: /s/ Jeffrey Kurtzman
                                                Jeffrey Kurtzman, Esquire
                                                2 Kings Highway West, Suite 102
                                                Haddonfield, NJ 08033
                                                Telephone: (215) 839-1222
                                                Email: kurtzman@kurtzmansteady.com

                                            Attorneys for Maureen P. Steady, as Chapter 7 Trustee