**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with N.J.N. JBR 9004-2(c)**

Holly S. Miller (No. 2006-03052)
Gellert Scali Busenkell & Brown, LLC
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Phone: (215) 238-0012
Fax: (215)-238-0016
Email: hsmiller@gsbblaw.com
*Subchapter V Trustee*

In re:

T.J. McDermott Transportation Co., Inc.,

Debtor.

Chapter 11
Case No. 22-17912-JNP

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Holly S. Miller, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted to chapter 7 on January 10, 2023. Pursuant to 11 U.S.C. § 330(a), on March 2, 2023, the Court ordered compensation of $6,320.00, expenses $100.00 be awarded to the Trustee. These funds have not yet been paid by the Debtor to the Trustee. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as Trustee.

Dated: 5/31/2023         GELLERT SCALI BUSENKELL & BROWN, LLC

                         By:    */s/ Holly S. Miller*
                                Holly S. Miller, Esquire

                                Subchapter V Trustee