Order Filed on June 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> Jeffrey Kurtzman, Esquire (JK-7689) <br> **KURTZMAN | STEADY, LLC** <br> 2 Kings Highway West, Suite 102 <br> Haddonfield, NJ  08033 <br> kurtzman@kurtzmansteady.com <br> Telephone: (215) 839-1222 <br><br> Attorneys for Maureen P. Steady, as Chapter 7 Trustee | |
| In re: <br><br> T.J. MCDERMOTT TRANSPORTATION CO., INC., <br><br> Debtor. | Case No. 23-17912 (JNP) <br><br> Chapter 7 |
| MAUREEN P. STEADY, AS CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> PRIME INSURANCE COMPANY, et al., <br><br> Defendants. | Adv. Pro. No. 23-1054 (JNP) |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page numbered two (2)  is hereby **ORDERED**.

**DATED: June 13, 2023**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re T.J. McDermott Transportation Co., Inc.**
**Case No. 23-11299 (JNP)  (Chapter 7)**
**ORDER APPROVING SETTLEMENT**
**Page 2**

**THIS MATTER** having come before this Court on the Notice of Proposed Compromise (the "Settlement Notice") and the motion (the "Motion") for an order approving the settlement of the adversary proceeding against Prime Insurance Company filed by Maureen P. Steady (the "Trustee"), as Chapter 7 trustee, pursuant to Federal Rule of Bankruptcy Procedure 9019, and good cause appearing for the approval of the settlement described in the Settlement Notice and for the relief requested in the Motion, it is hereby

**ORDERED**, that the Motion is granted and the proposed settlement is approved pursuant to Federal Rule of Bankruptcy Procedure 9019;

**AND IT IS FURTHER ORDERED**, that this Court shall retain jurisdiction to implement and enforce the terms of the settlement to the extent necessary.