**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Jeffrey Kurtzman, Esquire (JK-7689)
**KURTZMAN | STEADY, LLC**
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
kurtzman@kurtzmansteady.com
Telephone: (856) 428-1060

Attorneys for Maureen P. Steady, as Chapter 7
Trustee

|  |  |
|---|---|
| In re:<br><br>T.J. MCDERMOTT TRANSPORTATION CO., INC.,<br><br>           Debtor. | Case No. 22-17912(JNP)<br><br>Chapter 7<br><br>Judge Jerrold N. Poslusny, Jr. |

Order Filed on October 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING APPLICATION FOR INTERIM COMPENSATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 19, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re T.J. McDermott Transportation Co., Inc.**
**Case No. 22-17912 (JNP)**
**ORDER APPROVING APPLICATION FOR INTERIM COMPENSATION**
**Page 2**

**THIS MATTER** having come before this Court on the First and Final Application for

Compensation of Kurtzman | Steady, LLC ("Applicant"), as attorneys for Maureen P. Steady, Chapter 7

trustee herein, pursuant to 11 U.S.C. § 331, it is hereby

**ORDERED**, that Kurtzman | Steady, LLC is awarded interim compensation in the

amount of $11,938.41, which includes attorneys' fees in the amount of $11,688.25 and out-of-

pocket expenses in the amount of $250.16 for the period from January 24, 2023 through

September 7, 2023 in the above-captioned matter; and it is further

**ORDERED**, that the Trustee be and hereby is authorized to satisfy the foregoing award.